IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RONALD ROMANELLI,

                Plaintiff,                          ORDER

      v.                                       07-cv-00019-bbc

DALIA SULIENE and CHRISTOPHER KUHL,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      I regret to advise the parties that it has become apparent that the court's calendar for Monday, March 17, 2008 is too congested to permit me to try this case on that day. Nevertheless, it is my intention to preside over the final pretrial conference at 8:30 a.m. on the morning of March 17, and to proceed immediately thereafter to jury selection with Magistrate Judge Crocker presiding. The remainder of the trial will be held on Wednesday, March 19, 2008, beginning at 9:00 a.m.

      Entered this _____ day of March, 2008.

                                                      BY THE COURT:

                                                      BARBARA B. CRABB
                                                      District Judge

Copy of this document has been provided to: [handwritten] this ___ day of ___, 20___ by ___
S. Vogel, Secretary to Judge Barbara B. Crabb