## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD ROMANELLI,

     Plaintiff,

v.

DALIA SULIENE, CHRISTOPHER
KUHL, DARREL KUHL and STEVEN
ROWE,

     Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-019-slc

---

This action came before the court and a jury with Magistrate Judge Stephen L. Crocker presiding.  The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

DISMISSING plaintiff's case with prejudice.

Approved as to form this ___21st___ day of March, 2008.

_____
Stephen L. Crocker
Magistrate Judge


_____
Theresa M. Owens, Clerk of Court

_____
Date

MAR 2 4 2008