IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD ROMANELLI,

                Plaintiff,

v.                                                  ORDER

DALIA SULIENE and CHRISTOPHER KUHL,         07-cv-19-slc

                Defendants.

---

      This is a prisoner civil rights lawsuit in which plaintiff, Ronald Romanelli, alleged that defendants, a Columbia County Jail Sergeant and the jail physician, were deliberately indifferent to his serious medical needs related to Crohn's disease and his missing eyeglasses. At the close of jury trial, the jury found that plaintiff's Crohn's disease and his missing eyeglasses were not serious medical conditions. I denied plaintiff's motion for a new trial on June 16, 2008. His case is presently pending on appeal in the United States Court of Appeals for the Seventh Circuit.

      Now, plaintiff has submitted a letter requesting that a copy of the transcript of the trial proceedings in this case be produced and sent to the court of appeals for its consideration in connection with plaintiff's appeal. I will construe plaintiff's letter request to be a motion for preparation of the trial transcript at government expense pursuant to 28 U.S.C. §753(f), and grant that motion. As this section requires, I certify that the appeal is not frivolous.

ORDER

      IT IS ORDERED that plaintiff's motion for preparation of the trial transcript at

government expense, dkt. # 107, is GRANTED.

Entered this 3rd day of March, 2009.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge