UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

RONALD ROMANELLI,

    Plaintiff,

v.

DALIA SULIENE, DEPUTY KUHL,
CPT. KUHL and STEVEN ROWE,

    Defendants.

Case No. 07-C-0019-C

## CERTIFICATION OF EXHIBITS

The District Court hereby certifies that all exhibits listed in the attached Table of Contents of Defendants-Appellees Dalia Suliene and Christopher Kuhl's Separate Appendix were before it during the trial in this matter.

Dated this 10TH day of February, 2010.

_____
Stephen Crocker, Magistrate Judge

F:\EAFDATA\2961\59938\00653895.DOC

## TABLE OF CONTENTS

| | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 501: | Notice of Injury and Claim & Attached Letter | D-AA 1 |
| Exhibit 505: | CCJ Jail File: Columbia County Sheriff's Dept. Prisoner Control Record (w/ annotations) (5/22/06) | D-AA 3 |
| Exhibit 506: | CCJ Jail File: Screen Form for 72071 (5/22/06) | D-AA 6 |
| Exhibit 507: | CCJ Inmate Rules and Procedures | D-AA 8 |
| Exhibit 509: | CCJ Medical File: Screen Form for 72071 (5/22/06) | D-AA 10 |
| Exhibit 510: | CCJ Medical File: Doctor/Nurses Orders to the Jailer (5/22/06) | D-AA 12 |
| Exhibit 511: | CCJ Medical File: Request to See the Nurse/Doctor (6/17/06) | D-AA 13 |
| Exhibit 512: | CCJ Medical File: Romanelli Letter (7/7/06) (including further medical notes) | D-AA 14 |
| Exhibit 513: | CCJ Medical File: Request to See the Nurse/Doctor (7/10/06) (including further medical notes) | D-AA 16 |
| Exhibit 515: | CCJ Medical File: Sauk County Sheriff's Dept. Fax Transmittal (7/12/06) | D-AA 17 |
| Exhibit 519: | CCJ Medical File: Request to See the Nurse/Doctor (8/2/06) (including further medical notes) | D-AA 18 |
| Exhibit 523: | Sauk County Jail Screening Form (8/3/06) | D-AA 19 |
| Exhibit 524: | CCJ Medical File: Medication Records | D-AA 23 |
| Exhibit 527: | CCJ Jail File: Canteen Invoices (6/6/06; 6/20/06; 7/18/06; 7/25/06) | D-AA 26 |
| Exhibit 529: | Standing Orders for Non-Prescription Medication | D-AA 29 |
| Exhibit 534: | CCJ Request to See the Nurse/Doctor – Blank | D-AA 32 |
| Exhibit 535: | Petition and Affidavit for Leave To Proceed in Forma Pauperis (signed 1/5/07) | D-AA 33 |